■ JOSEPH KUROSKI et al., Respondents, v. TRENTON-OCEAN-NEVADA CORP. et al., Defendants, and SHORE HOLDING CORP. et al., Appellants.— Order of the Supreme Court, Queens County, dated April 25, 1966, reversed, without costs, and motion to dismiss the complaint granted on the ground that plain-

tiffs failed to comply with a notice served upon them pursuant to CPLR 3216 that they file a note of issue within 45 days. Plaintiffs failed to comply with the demand and have not shown a justifiable excuse for the delay (*Arvanitakis* v. *Realty Equities–1961 Corp.*, 26 A D 2d 825; *Podheiser* v. *Somerstein Caterers*, 26 A D 2d 789, and cases there cited; *Pernise* v. *Di Giacomo*, 25 A D 2d 447, and *Askew* v. *Rose Joy Corp.*, 25 A D 2d 679). Ughetta, Acting P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.